

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | |
| | Civil Action No. 13-cv-01157-L-KSC |
| **Plaintiff,** | |
| V. | |
| See Attachment | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Default Judgment against Defendant 88 Connection Corporation is Granted.

Date:   9/29/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ S. Tweedle

S. Tweedle, Deputy

Attachment to Default Judgment

PACIFIC BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, LLC, SOUTHWESTERN BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY, INCORPORATED, NEVADA BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY AND, WISCONSIN BELL, INC.,
Plaintiffs,
v.
88 CONNECTION CORPORATION,
Defendant.