# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>88 CONNECTION CORPORATION,<br><br>                    Defendant. | Case No: 3:13-cv-1157-L- KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO AMEND JUDGMENT** |

    Pending before the Court is Plaintiffs' motion to amend judgment. Third party Gang Zhao filed an opposition and Plaintiffs replied. Pursuant to Civil Local Rule 7.1.d.1, the motion is decided on written submissions and without oral argument. For the reasons which follow, Plaintiffs' motion is denied without prejudice.

    According to the complaint, Plaintiffs give telephone long-distance providers access to networks so that telephone customers can initiate calls. Plaintiffs are paid "switched access charges" pursuant to federal tariffs for providing this access. They filed this action to collect unpaid switched access charges from Defendant. Because Defendant did not defend and did not make an appearance, Plaintiffs secured a default judgment.

- 1 -

Case No. 3:15-cv-00165-L-AGS

Plaintiffs filed the pending motion to amend judgment to include Defendant's owner and alleged *alter ego* Gang Zhao.  Shortly after the close of briefing, Mr. Zhao filed a notice of automatic stay issued by the United States Bankruptcy Court for the Northern District of California in case no. 16-bk-31135. (Doc. no. 31.)  Title 11 U.S.C. §362 prohibits "the commencement or continuation ... of a judicial ... action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy proceeding], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy proceeding]," and further prohibits "the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the [bankruptcy proceeding]."  11 U.S.C. §362(a)(1)&(2).  The automatic stay prohibits Plaintiffs from proceeding against Mr. Zhao in this Court at this time.

Accordingly, Plaintiffs' motion is denied.  Denial is without prejudice to filing another motion, if necessary, when the automatic stay is lifted.

**IT IS SO ORDERED.**

Dated:  March 8, 2017

_____
Hon. M. James Lorenz
United States District Judge

- 2 -

Case No. 3:15-cv-00165-L-AGS